■ ROBERT R. LEWISTON et al., Respondents, v. STATE OF NEW YORK, Appellant.— Appeal dismissed as academic. See decision in *Lewiston* v. *State of New York* (18 A D 2d 879). (Appeal from order of Court of Claims denying defendant's motion to vacate the judgment entered June 30, 1961.) Present — Williams P. J., Goldman, Halpern, McClusky and Henry, JJ.